IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| In re: ) | |
| ) | |
| CARTER'S GROVE, LLC, ) | Bankruptcy Case No: 11-51330 |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |
| CARTER'S GROVE, LLC, ) | Adv. Proc. No. 11-05027-SCS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| COLONIAL WILLIAMSBURG FOUNDATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION AND ORDER TO EXTEND DEFENDANT COLONIAL WILLIAMSBURG FOUNDATION'S DEADLINE FOR RESPONDING TO PLAINTIFF'S COMPLAINT**

This Stipulation is made and entered into by and between Carter's Grove, LLC (the "Debtor"), the plaintiff in the above-captioned adversary proceeding (this "Adversary Proceeding"), and The Colonial Williamsburg Foundation ("CWF"), the defendant in the Adversary Proceeding, and is based on the following facts:

**RECITALS**

1. On June 24, 2011, the Debtor filed the *Complaint Regarding: (A) Objection To Claim Filed By The Colonial Williamsburg Foundation, (B) Counterclaims For (I) Fraudulent Concealment, (II) Cost Recovery Under CERCLA, And (III) Declaratory Judgment* (the "Complaint") against CWF in the United States Bankruptcy Court for the Northern District of California (the "California Bankruptcy Court").

2. The Summons for the Complaint was issued on June 27, 2011.

1

3. A response to the Complaint is currently due to be filed with the United States Bankruptcy Court for the Eastern District of Virginia, Newport News Division (the "Court") on or before July 27, 2011.

4. On July 14, 2011, the California Bankruptcy Court entered its *Order Granting Motion To Transfer Venue Of Chapter 11 Case And Related Adversary Proceeding To Newport News, Virginia* [Docket No. 74] (the "Transfer Order").  Pursuant to the Transfer Order, the California Bankruptcy Court ordered the transfer of both the Debtor's main chapter 11 case and this Adversary Proceeding, to this Court, effective immediately upon entry of the Transfer Order.

5. In light of the recent transfer of the Debtor's case and this Adversary Proceeding, the need for both parties to transition these matters to counsel in Virginia, and the time that will be required to complete the administrative process of transferring these matters from the California Bankruptcy Court to this Court, the Debtor and CWF have stipulated to extend the time for CWF to respond to the Complaint by thirty (30) days through and including August 27, 2011.

6. For these same reasons, CWF has consented to a 60-day extension of the Debtor's 180-day period set forth in Bankruptcy Code section 1121(c)(3), during which the Debtor may exclusively solicit acceptances of its *Plan Of Reorganization Of Carter's Grove, LLC*, filed on June 14, 2011 [Docket No. 60], as may be amended.  The Debtor and CWF will enter into a separate stipulation memorializing such agreement, and will file such stipulation in the Debtor's main chapter 11 case.

**NOW**, **THEREFORE**, subject to the approval of this Court, it is hereby stipulated and agreed that:

The deadline for CWF to answer or otherwise respond to the Complaint shall be continued through and including August 27, 2011.

**[SIGNATURES CONTINUE ON NEXT PAGE]**

IT IS SO ORDERED this _____ day of August 2011.

                                                                          Honorable Stephen C. St. John
                                                                          United States Bankruptcy Judge

Stipulated and Agreed:

/s/ Tara L. Elgie
Gregory N. Stillman
HUNTON & WILLIAMS, LLP
500 East Main, Suite 1000
Norfolk, Virginia  23510-3889
Telephone: (757) 640-5300
Facsimile: (757) 625-7720
gstillman@hunton.com

Tara L. Elgie, VSB No. 48259
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA 23219
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
telgie@hunton.com
*Counsel for The Colonial Williamsburg Foundation*


Stipulated and Agreed:

/s/ Robert S. Westermann
DEBRA I. GRASSGREEN (State Bar No. 169978)
dgrassgreen@pszjlaw.com
JOHN W. LUCAS (State Bar No. 271038)
jlucas@pszjlaw.com
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA  94111-4500
Telephone:   (415) 263-7000
Telecopy:    (415) 263-7010

Robert S. Westermann (VSB No. 43294)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
Telephone: (804) 771-9500
Telecopy: (804) 644-0957
Email:  rwestermann@hf-law.com
       sdelacruz@hf-law.com
*Counsel for Carter's Grove, LLC, Debtor*

**Local Rule 9022-1 Certification**

In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Tara L. Elgie
Tara L. Elgie, Esq., VSB No. 48259
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA 23219
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
*Counsel for The Colonial Williamsburg Foundation*