| Robert S. Westermann (VSB No 43294)<br>Sheila deLa Cruz (VSB No. 65395)<br>Hirschler Fleischer, P.C.<br>The Edgeworth Building<br>2100 Cary Street<br>Richmond, Virginia<br>P.O. Box 500<br>Richmond, VA 23218-0500<br>Phone: (804) 771-9500<br>Facsimile (804) 664-0957<br>Email: rwestermann@hf-law.com<br>      sdelacruz@ hflaw.com<br><br>*Counsel for Debtor, Carter's Grove, LLC* | Debra L. Grassgreen (*pro hac vice*)<br>John W. Lucas (*pro hac vice*)<br>PACHULSKI STANG ZIEHL &<br>JONES, LLP<br>150 California Street, 15th Floor<br>San Francisco, CA 94111-4500<br>Phone: (415) 263-7000<br>Facsimile: (415) 263-7010<br>Email: dgrassgreen@pszjlaw.com<br>      jlucas@pszjlaw.com<br><br><br>*Counsel for Debtor, Carter's Grove, LLC* | Stephen J. Darmody (VSB No. 29105)<br>Foley & Lardner LLP<br>One Biscayne Tower, Suite 1900<br>2 South Biscayne Boulevard<br>Miami, FL 33131-2132<br>Phone: (305) 482-8400<br>Facsimile (305) 482-8600<br>Email: sdarmody@foley.com<br><br><br><br><br>*Special Litigation Counsel for Debtor, Carter's Grove, LLC* |
|---|---|---|

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| In re:<br><br>CARTER'S GROVE, LLC,<br>    Debtor,<br><br>_____<br><br>CARTER'S GROVE, LLC,<br><br>    Plaintiff,<br>v.<br><br>THE COLONIAL WILLIAMSBURG<br>FOUNDATION,<br><br>    Defendant. | Bankruptcy Case No: 11-51330<br><br>Chapter 11<br><br>Av. Proc. No. 11-05027-SCS |

**PLAINTIFF'S REPLY TO DEFENDANT'S
<u>AFFIRMATIVE AND ADDITIONAL DEFENSES TO COUNTS 1, 2, 3, AND 4</u>**

      Plaintiff, CARTER'S GROVE, LLC, by and through its undersigned attorneys hereby replies to Defendants Affirmative and Additional Defenses as follows:

1.    Plaintiff denies all affirmative defenses and demands strict proof thereof.

2.    The Affirmative Defenses are legally insufficient affirmative defenses.

Dated: September 12, 2011

Respectfully submitted,

HIRSCHLER FLEISCHER, P.C.

By: /s/ Sheila deLa Cruz
    Robert S. Westermann (VSB No 43294)
    Sheila deLa Cruz (VSB No. 65395)
    The Edgeworth Building
    2100 Cary Street
    Richmond, Virginia
    P.O. Box 500
    Richmond, VA 23218-0500
    Phone: (804) 771-9500
    Facsimile (804) 664-0957
    Email: rwestermann@hf-law.com
           sdelacruz@ hflaw.com

and

FOLEY AND LARDNER, LLP
Stephen J. Darmody (VSB No. 29105)
One Biscayne Tower
2 South Biscayne Boulevard Suite 1900
Miami, FL 33131
Telephone: (305) 482-8400
Facsimile: (305) 482-8600
Email: sdarmody@foley.com

*Attorneys for Carters Grove, LLC*

WASH_8206797.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2011 a true and correct copy of the above and foregoing document was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all registered users in this case. I further certify that I have sent a copy of the foregoing by First Class Mail to:

Benjamin C. Ackerly, Esq., and
Tara L. Elgie, Esq.
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 E. Byrd Street Richmond, VA 23219
Telephone: (804) 788-8200
Facsimile: (804) 788-8218

*Counsel for The Colonial Williamsburg Foundation*

/s/ Sheila deLa Cruz
Counsel
